UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL SERRATO, | ) |
|         Petitioner, | ) Case No. CV 14-6391 AB (AJW) |
| | ) |
|     v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| WARDEN BITER, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
|       Respondent. | ) |
| ——————————————————— | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  No objections to the Report have been filed within the time allowed.  The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: April 16, 2015

_____
André Birotte Jr.
United States District Judge