**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SERRATO,** | ) | **Case No. CV 14-6391-AB(AJW)** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **WARDEN BITER,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 16, 2015

_____
André Birotte Jr.
United States District Judge